# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Otis Mays, | Case No. 21-CV-0665 (SRN/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Bloomington Police Department et al., | |
| Defendants. | |

Otis Mays, Reg. No. 21955-041, FCI Hazelton, Federal Correctional Institution, P.O. BOX 5000, Bruceton Mills, WV 26525

This matter is before the Court upon the Report and Recommendation of Magistrate Judge Becky R. Thorson, dated July 19, 2021 [Doc. No. 12]. No objections to the Report and Recommendation have been filed in the time period permitted.

Accordingly, and based on all the files, records, and proceedings, **IT IS HEREBY ORDERED** that this matter is dismissed without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 6, 2021

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge